**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Saul RIVAS–MENESES, Defendant– Appellant.**

**No. 11–50469.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 26, 2012.*

Filed June 29, 2012.

Sara J. O'Connell, Assistant U.S., U.S. Department of Justice, Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Devin Burstein, Assistant Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM **

Saul Rivas–Meneses appeals from the 40–month sentence imposed following his guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rivas–Meneses contends that the district court erred in failing to grant his request for a third-level reduction under U.S.S.G. § 3E1.1(b) because his refusal to waive his right to appeal was an improper basis for the government to refuse to move for the reduction. This argument is foreclosed by *United States v. Johnson*, 581 F.3d 994, 1002–04 (9th Cir.2009). We decline Rivas–Meneses's request that we call for en banc review to reconsider *Johnson*.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

Rivas–Meneses's unopposed motion for judicial notice, filed March 16, 2012, is granted.

**AFFIRMED.**